UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK JAMES, THE PATRICK JAMES TRUST, ALBION REALTY LLC, ALESTER TECHNOLOGIES LLC, BATTERY PARK HOLDINGS LLC, BOND STREET ASSET MANAGEMENT LLC, IGNITE ACQUISITION HOLDINGS LLC, LARCHMONT LLC, PEGASUS AVIATION, LLC<br><br>*Petitioners*,<br><br>v.<br><br>JEFFERIES FINANCIAL GROUP INC.<br><br>*Respondent*. | Misc. Case No.:<br><br>Underlying Action:<br><br>*First Brands Group, LLC, et al., v. Patrick James, The Patrick James Trust, Albion Realty, LLC, Alester Technologies LLC, Battery Park Holdings LLC, Bond Street Asset Management LLC, Ignite Acquisition Holdings LLC, Larchmont LLC, Pegasus Aviation, LLC, John and Jane Doe(S) 1-100, and ABC Corporation(S) 1-100*, Adv. Proc. No. 25-03803 (Bankr. S.D. Tex.) |

**PLEASE TAKE NOTICE**, that upon the Declaration of James C. Tecce, dated January 6, 2026, the Memorandum of Law in Support of Petitioners' Motion to Compel Jefferies' Financial Group Inc. to comply with Petitioners' Subpoena Duces Tecum, dated January 6, 2026, and all prior pleadings and proceedings herein, Petitioners Patrick James, The Patrick James Trust, Albion Realty LLC, Alester Technologies LLC, Battery Park Holdings LLC, Bond Street Asset Management LLC, Ignite Acquisition Holdings LLC, Larchmont LLC, and Pegasus Aviation, LLC (together, "**Petitioners**"), through their undersigned counsel will move this Court at a date and time to be determined at the United States Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, New York 10007 for an Order (i) compelling Respondent Jefferies Financial Group Inc. to comply with the Subpoena Duces Tecum dated December 2, 2025; and (ii) for such other and further relief that the Court may deem just and proper.

Respectfully submitted,

                                              **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: January 6, 2026
    New York, New York      By:    <u>/s/ James C. Tecce</u>
                                                Michael B. Carlinsky
                                                James C. Tecce
                                                Scott Hartman
                                                Anil Makhijani
                                                Reece Pelley
                                                Mengzhou (Melissa) Fu
                                                Grace Sullivan
                                                295 Fifth Avenue
                                                New York, New York 10016
                                                Telephone: (212) 849-7000
                                                michaelcarlinsky@quinnemanuel.com
                                                jamestecce@quinnemanuel.com
                                                scotthartman@quinnemanuel.com
                                                anilmakhijani@quinnemanuel.com
                                                reecepelley@quinnemanuel.com
                                                melissafu@quinnemanuel.com
                                                gracesullivan@quinnemanuel.com

                                                *Attorneys for Petitioners Patrick James, The Patrick James Trust, Albion Realty LLC, Alester Technologies LLC, Battery Park Holdings LLC, Bond Street Asset Management LLC, Ignite Acquisition Holdings LLC, Larchmont LLC, and Pegasus Aviation, LLC*