**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7199**

WRITER'S EMAIL ADDRESS
**jamestecce@quinnemanuel.com**

January 8, 2026

**VIA ELECTRONIC MAIL**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>James et al., v. Jefferies Financial Group</u>, Case No. 26-mc-00007

Dear Judge Ramos:

    I write on behalf of my clients, Patrick James ("Mr. James") and entities Mr. James controls[1] (together, the "Petitioners"), in connection with a motion to compel compliance with a subpoena <u>duces tecum</u> (the "Motion"), which was assigned to Your Honor as a Miscellaneous Matter earlier today. As relevant here, the subpoena relates to a Chapter 11 bankruptcy case pending in the Bankruptcy Court for the Southern District of Texas, see <u>In re First Brands Group, et al.</u>, Ch. 11 Case No. 25-90399 (Jointly Administered) (CML) (Bankr. S.D. Tex.), and a related adversary proceeding against the Petitioners in that case, see <u>First Brands Group, LLC, et al. v. Patrick James, et al. (In re First Brands Group, et al.)</u>, Adv. Proc. No. 25-3803 (CML) (Bankr. S.D. Tex.) (the "Adversary Proceeding").

    In connection with the Adversary Proceeding, Mr. James served a subpoena <u>duces tecum</u> on non-party Jefferies Financial Group Inc. ("Jefferies") on December 2, 2025. Consistent with Federal Rule of Civil Procedure 45, the subpoena identified the Southern District of New York as the place of compliance. See <u>Vargas v. DiPilato</u>, No. 21 CIV. 3884 (ER), 2025 WL 2080508, at *3 (S.D.N.Y. July 24, 2025) (noting "the place of compliance for a non-party subpoena . . . is a place within 100 miles of where the person resides, is employed, or regularly transacts business in person" (internal quotation marks omitted)). After several meet and confers, Jefferies served

---

[1] The entities are: (a) The Patrick James Trust, (b) Albion Realty, LLC, (c) Alester Technologies, LLC, (d) Battery Park Holdings LLC, (e) Bond Street Asset Management LLC, (f) Ignite Acquisition Holdings LLC, (g) Larchmont LLC, and (h) Pegasus Aviation LLC.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Responses and Objections and refused to substantially comply with the subpoena. On January 7, 2026, the Petitioners filed the Motion to Compel, which was thereafter assigned to Your Honor.

As Your Honor is aware, Rule 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Earlier today, the Petitioners and Jefferies agreed to consent to the transfer of the Motion to the court where the underlying action is pending, the Bankruptcy Court for the Southern District of Texas. A signed stipulation reflecting the parties' agreement and consent is enclosed with this letter.

Because the parties "subject to the subpoena" have consented to transfer, and because transfer would "serve the interests of justice and judicial efficiency[,]" see Zhongtie Dacheng (Zhuhai) Inv. Mgmt. Co Ltd. v. Yan, No. 24-MC-160 (VSB), 2025 WL 105889, at *1 (S.D.N.Y. Jan. 15, 2025), Petitioners respectfully request that Your Honor enter an order directing the Clerk of Court to transfer the Motion to the Bankruptcy Court for the Southern District of Texas. See Jackson-Mau v. Nature's Bounty Co., No. 21-MC-00003 (AJN), 2021 WL 619726, at *1 (S.D.N.Y. Jan. 12, 2021) (granting Rule 45(f) motion where party subject to the subpoena consented and the issuing court was "better suited to decide th[e] matter"). Enclosed with this letter is a Proposed Order effectuating the transfer for Your Honor's consideration.

Respectfully submitted,

*/s/ James C. Tecce*
James C. Tecce